In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-605 CR


____________________



DAVID LYNN WILKERSON, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 258th District Court 


San Jacinto County, Texas


Trial Cause No. 9509






MEMORANDUM OPINION


 On October 17, 2007, the trial court sentenced David Lynn Wilkerson on a conviction
for failure to stop and render aid. Wilkerson filed a notice of appeal on December 3, 2007.
The trial court entered a certification of the defendant's right to appeal in which the court
certified that this is a plea-bargain case and the defendant has no right of appeal. See Tex.
R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the
Court of Appeals.

 On December 5, 2007, we notified the parties that we would dismiss the appeal unless
the trial court filed an amended certification within fifteen days of the date of the notice and
made it a part of the appellate record. See Tex. R. App. P. 37.1. The trial court has not
supplemented the record with an amended certification.

 Because the record does not contain a certification that shows the defendant has the
right of appeal, we must dismiss the appeal. See Tex. R. App. P. 25.2(d). Accordingly, we
dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED.


 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered January 9, 2008

Do not publish


Before McKeithen, C.J., Kreger and Horton, JJ.